UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>               Plaintiff,<br><br>  v.<br><br>WILLIAM E. RILEY, CLARK LEE STUHR,<br><br>               Defendants. | No. C12-5629 RBL/KLS<br><br>ORDER GRANTING EXTENSION |

Before the Court is Plaintiff's motion for an extension of time to file his response to Defendant Riley's motion to dismiss. ECF No. 14. The motion to dismiss was noted for October 26, 2012. ECF No. 13. Defendants have filed no response to Plaintiff's motion.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for an extension (ECF No. 14) is **GRANTED.** Plaintiff shall file his response to Defendant Riley's motion to dismiss (ECF No. 13) **on or before December 31, 2012.** Defendant Riley may file a reply by **January 4, 2013.**

(2) The Court shall **re-note** Defendant Riley's motion to dismiss (ECF No. 13) for **January 4, 2013.**

**DATED** this  15th  day of November, 2012.

                                                    Karen L. Strombom
                                                    United States Magistrate Judge

ORDER - 1