UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES CURTIS,<br><br>  Plaintiff,<br><br>v.<br><br>WILLIAM E. RILEY, CLARK LEE STUHR,<br><br>  Defendants. | No. C12-5629 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motion to Dismiss (ECF No. 20) is **GRANTED;** Plaintiff's claims against William E. Riley and Clark Lee Stuhr are **Dismissed With Prejudice.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, Defendant Stuhr, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 23rd day of April, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1